■ ADAM VILLAR, Appellant, v COUNTY OF ERIE, Respondent. (Appeal No. 2.) [3 NYS3d 669]—Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered April 3, 2013. The order denied the motion of plaintiff for leave to amend his complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Villar v County of Erie* ([appeal No. 1] 126 AD3d 1295 [2015]). Present—Scudder, P.J., Centra, Lindley, Sconiers and DeJoseph, JJ.

■ ADAM VILLAR, Appellant, v COUNTY OF ERIE, Respondent. (Appeal No. 3.) [3 NYS3d 669]—Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered May 21, 2013. The order denied the motion of plaintiff for leave to reargue.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Scudder, P.J., Centra, Lindley, Sconiers and DeJoseph, JJ.